UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-416(DSD/SRN)

St. Paul Surplus Lines
Insurance Company, a
Delaware corporation,

Plaintiff,

v.

**ORDER OF REFERENCE**

Alfmeier Corporation, a
South Carolina corporation,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss or in the alternative to transfer venue in this matter. Any such motion shall be noticed for hearing before Magistrate Judge Susan R. Nelson.

Dated: March 26, 2001

David S. Doty, Judge
United States District Court

FILED MAR 27 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______