# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

St. Paul Surplus Lines Insurance Company,

Case No. Civil 01-416 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Alfmeier Corporation, a South Carolina corporation,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant's motion to dismiss for lack of personal jurisdiction and improper venue, or in the alternative, to transfer venue is granted with respect to dismissal and is denied with respect to transferring venue.

DATE: November 28, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk